[No. 6905-2-III. Division Three. April 8, 1986.]

*In the Matter of the Welfare of*
RICK L. GORDON.

THE STATE OF WASHINGTON, *Respondent,* v. RICK
L. GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 84-8-00121-9, Yancey Reser, J., entered December 17, 1984. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6338-1-III. Division Three. April 8, 1986.]

*In the Matter of the Marriage of* ELLEN L. HEGGEN-
BERGER, *Respondent, and* TERRANCE EDWARD
HEGGENBERGER, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 18775, Larry M. Kristianson, J., entered January 13, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 7496-6-II. Division Two. April 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DUANE
CLYDE DUDLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00429-1, Terence Hanley, J., entered January 11, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Green, JJ.